VULCAN DETINNING CO. v. ASSMAN et al. (two cases). (Supreme Court, Appellate Division, First Department. December 11,

1914.) Actions by the Vulcan Detinning Company against Franz A. Assman and others. No opinions. Motions denied, with $10 costs. Orders filed. See, also, 149 N. Y. Supp. 1117.